

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CINDY JUROW,

      Plaintiff,

- against -

CIS COUNSELING CENTER, INC., BARBARA PESKIN, and BRIAN COHEN,

      Defendants.

06 CV 5583 (LTS)(DCF)

**STIPULATION AND ORDER**
**OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action shall be and is dismissed with prejudice and without costs to any party, pursuant to Rule 41(a)(1), Fed. R. Civ. P.

Dated: New York, New York
    December 4, 2006

DUANE MORRIS LLP
Attorneys for Plaintiff

By: _____
   Eve I. Klein (EK 6747)

380 Lexington Avenue
New York, New York 10168
(212) 692-1000

HOLLAND & KNIGHT LLP
Attorneys for Defendants

By: _____
   David D. Howe (DH 6201)

195 Broadway
New York, New York 10007
(212) 513-3200

SO ORDERED:

_____ 19 Dec 2006
U.S.D.J.